GEORGE STIKEMAN, JR., Appellant, *v.* WHITMAN, REQUARDT & SMITH, a Partnership, Defendants, and BENJAMIN L. SMITH, Respondent.

CHARLES W. MILLICAN, JR., Appellant, *v.* WHITMAN, REQUARDT & SMITH, a Partnership, Defendants, and BENJAMIN L. SMITH, Respondent.

WALTER G. DARDEN, Appellant, *v.* WHITMAN, REQUARDT & SMITH, a Partnership, Defendants, and BENJAMIN L. SMITH, Respondent.

DUNCAN CLARDY, Appellant, *v.* WHITMAN, REQUARDT & SMITH, a Partnership, Defendants, and BENJAMIN L. SMITH, Respondent.

JULIE A. S. SCHWARTZ, Appellant, *v.* WHITMAN, REQUARDT & SMITH, a Partnership, Defendants, and BENJAMIN L. SMITH, Respondent.

THOMAS A. BLACKWELL, Appellant, *v.* WHITMAN, REQUARDT & SMITH, a Partnership, Defendants, and BENJAMIN L. SMITH, Respondent.

J. D. HUGHES, Appellant, *v.* WHITMAN, REQUARDT & SMITH, a Partnership, Defendants, and BENJAMIN L. SMITH, Respondent.

THEODORE I. PENHALL, Appellant, *v.* WHITMAN, REQUARDT & SMITH, a Partnership, Defendants, and BENJAMIN L. SMITH, Respondent.

MILES H. MANN, JR., Appellant, *v.* WHITMAN, REQUARDT & SMITH, a Partnership, Defendants, and BENJAMIN L. SMITH, Respondent.

DORMAN B. MOOSE, Appellant, *v.* WHITMAN, REQUARDT & SMITH, a Partnership, Defendants, and BENJAMIN L. SMITH, Respondent.

JOHN A. BLACK, Appellant, *v.* WHITMAN, REQUARDT & SMITH, a Partnership, Defendants, and BENJAMIN L. SMITH, Respondent.

Submitted April 12, 1948; decided April 22, 1948.

*Neile F. Towner* for motion.
No one opposed.

Motion in each action granted and appeal dismissed, with costs and $10 costs of motion.